

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Mark Wayne Sanford,

\* From the 385th District Court
of Midland County,
Trial Court No. CR46785.

Vs. No. 11-17-00013-CR

\* February 2, 2017

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Mark Wayne Sanford's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.